UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PANN,

    Plaintiff,

v.

B. HADDEN, et al.,

    Defendants.

_____/

CASE No. 1:22-cv-76

HON. ROBERT J. JONKER

## JUDGMENT

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, Judgment is entered in favor of Defendants Hadden, Johnson, and Guiles, and against Plaintiff Pann.

Dated:  September 18, 2023

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE